**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 15 MAL 2018

                       Respondent   :

  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

               v.   :

STEWART D. ENOS,   :

                      Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.